Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Crowell Law
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>GRILLHOUSE, INC., an Oregon Corporation, d/b/a HAPPY HOURS, and MICHELLE C. LESH and MATHEW S. LESH, individuals,<br><br>Defendants. | Case No.: 6:13-cv-02016-TC<br><br>PLAINTIFF' MOTION TO STRIKE APPEARANCE BY GRILLHOUSE, INC. |

LR 7-1 CONFERRAL

Plaintiff has been unable to confer with defendants on this motion. Plaintiff has made multiple attempts to reach defendant Grillhouse, Inc. though it's agents Michelle C. Lesh and Mathew S. Lesh both by telephone leaving voicemails, by email and by letter. No party has responded to any letters, email or voicemails. Despite a specific letter dispatched to the defendants noting the improper appearance of Grillhouse, Inc., and citing to *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993), defendants continue to refuse to respond.

MOTION

Plaintiff moves to strike the *pro se* appearance of Grillhouse, Inc., Document No. 9, filed

MOTION TO STRIKE APPEARANCE OF GRILLHOUSE, INC.                                          1

on December 9, 2013 as a corporation may not appear without counsel.  *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993).

Plaintiff does not oppose granting defendant Grillhouse, Inc. thirty days to obtain counsel and appear.

DATED February 19, 2014.

                                             Crowell Law

                                             */s/ Carl D. Crowell*
                                           Carl D. Crowell, OSB# 982049
                                           P.O. Box 923
                                           Salem, OR 97308
                                           Of attorneys for plaintiff